# EXHIBIT 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 516 | DATE | 12/20/2006 |
| CASE TITLE | Mason vs. Bway Corp., et al | | |

**DOCKET ENTRY TEXT**

Defendant's Motion for Summary Judgment [57-1]

Defendant references a Collective Bargaining Agreement in its Motion for Summary Judgment [57-1], yet does not include a copy of the agreement.

Each party shall file their respective briefs by January 15, 2007, informing the court why this case should, or should not be, dismissed for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3). See Cont'l Ins. Co. v. M/V Orsula, 354 F.3d 603, 606-07 (7th Cir. 2003); Cont'l Cas. Co. v. Am. Nat'l Ins. Co., 417 F.3d 727, 733 (7th Cir. 2005).

*[Signature: Charles R. Norgle]*

Docketing to mail notices.

| | Courtroom Deputy Initials: | ER |
|---|---|---|